**Billy D. HILL, Appellant,**

v.

**GROUP CASUALTY UNDERWRITERS INSURANCE COMPANY, Respondent.**

**No. WD 46568.**

Missouri Court of Appeals, Western District.

March 23, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 1993.

Stanley W. Wiles, Kansas City, for appellant.

David R. Buchanan & John S. Rollins, Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

PER CURIAM:

### ORDER

Appeal from entry of summary judgment in favor of respondent.

Affirmed. Rule 84.16(b).